DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Moore's Ferry Dev. Corp. v. City of Hickory<br><br>Case below:<br>166 N.C. App. 441 | No. 545P04 | 1. Defs' (City of Hickory and Moore's Ferry Owners Association) PDR Under N.C.G.S. § 7A-31 (COA03-1271)<br><br>2. Plt's Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied (12/02/04)<br><br>2. Denied (12/02/04) |
| Northfield Dev. Co. v. City of Burlington<br><br>Case below:<br>165 N.C. App. 885 | No. 495P04 | Plt's PDR Under N.C.G.S. § 7A-31 (COA03-1024) | Denied (12/02/04) |
| Reep v. Beck<br><br>Case below:<br>164 N.C. App. 779 | No. 345PA04 | 1. Defs' Petition for Writ of Supersedeas (COA03-961)<br><br>2. Defs' PDR Under N.C.G.S. § 7A-31 | 1. Allowed (12/02/04)<br><br>2. Allowed (12/02/04) |
| Revels v. Miss Am. Org.<br><br>Case below:<br>165 N.C. App. 181 | No. 415P04 | Def's (Miss America Organization) PDR Under N.C.G.S. § 7A-31 (COA03-1194) | Denied<br>**10/08/04** |
| State v. Barnhill<br><br>Case below:<br>166 N.C. App. 228 | No. 535P04 | 1. Def's NOA Based Upon a Constitutional Question (COA03-852)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31<br><br>3. AG's Motion to Dismiss Appeal | 1. ——<br><br>2. Denied (12/02/04)<br><br>3. Allowed (12/02/04) |
| State v. Bethea<br><br>Case below:<br>165 N.C. App. 905 | No. 454P04 | Def's PDR Under N.C.G.S. § 7A-31 (COA03-1339) | Denied (12/02/04) |
| State v. Bingham<br><br>Case below:<br>165 N.C. App. 335 | No. 451P04 | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA03-1137)<br><br>2. AG's Conditional PDR | 1. Denied (12/02/04)<br><br>2. Dismissed as moot (12/02/04) |